IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:16-CV-725-RJC-DSC

| | |
|---|---|
| Susan Louise Fletcher, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**THIS MATTER** being submitted to the Court for entry of a Consent Order, and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order, and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the parties have agreed to an award to Plaintiff of Four-Thousand Dollars and Fifty Cents ($4000.50) in full and final settlement of all claims arising from the above-captioned case pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d); and it appearing further that the Plaintiff has assigned her right to payment of such fees and costs to her attorney.

It is therefore ORDERED that the Plaintiff shall be, and hereby is, awarded the sum of Four-Thousand Dollars and Fifty Cents ($4000.50) for attorney fees and costs in full satisfaction of any and all claims against the Defendant arising under the EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum, the Defendant shall be discharged from any further liability for fees, costs or expenses up until this point in time; and it is further ORDERED, that payment of such amounts shall be made directly to the Plaintiff's attorney.

**SO ORDERED**.

Signed: October 2, 2017

_____
David S. Cayer
United States Magistrate Judge

CONSENTED TO:

Kristin L. Gordon
Ricci Law Firm, P.A.
P.O. Box 483
Greenville, NC 27835-0483
252-752-7785
kgordon@riccilawnc.com

Peter Heinlein
Social Security Administration
6401 Security Blvd., Room 617, Altmeyer Bldg.
Woodlawn, MD 21235
410-965-2350
Email: Peter.Heinlein@ssa.gov